# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANA CRISTINA CASILLAS,<br><br>Defendant. | CASE NO.:  20-cr-01965-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing / Trial Setting scheduled for December 4, 2020, is continued to January 22, 2021, at 1:30 p.m. Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:  December 2, 2020

Hon. Janis L. Sammartino
United States District Judge